DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>    CHRISTOPHER MATTHEW and<br>    CATHERINE ALICIA SORG<br>    2648 SILVER STONE LANE<br>    SANTA ROSA, CA 95407<br><br>    ###-##-7889  ###-##-6280<br>                    Debtor(s). | Case No.: 09-1-1781 AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13<br>TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:       08/19/2009
Time:       10:00 AM
Place:      Office of the United States Trustee
            777 Sonoma Ave., First Floor, #116
            Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:       09/29/2009
Time:       1:30 PM
Place:      United States Bankruptcy Court
            99 South E Street
            Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. The debtors' plan does not meet the requirements of 11 U.S.C.§1325(b)(1)(B) and 11 U.S.C.§1325(b)(2)(A) as the debtors' expenses do not appear reasonably necessary for the maintenance or support of the debtors, and therefore, not all of the debtors' disposable income is being pledged toward the repayment of creditors. The plan provides for payments in the amount of $250.00 for 12 months and an estimated 0% dividend to unsecured creditors. Additionally, Form B22C reflects the applicable commitment period is 5 years.  The Trustee requests that debtors' counsel amend the plan and provide a term no less than 60 months.

2. Section 3 C) of the plan indicates the lien held on real property by Bank One/Chase shall be voided. The Trustee requests that debtors' Notice and Motion to Avoid Lien is filed and resolved prior to confirmation.

3. The Trustee requests copies of payment advices received in the last six months prior to the filing of the Bankruptcy (December 2008 through May 2009), or, in the alternative, a debtors' declaration that details why these advices cannot be provided.

4. The Trustee requests copies of the *signed* 2008 federal tax returns, both personal and corporate.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: August 25, 2009                      DAVID BURCHARD
                                                  DAVID BURCHARD, Chapter 13 Trustee

## Certificate of Mailing

I, WENDY KARNES, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| CHRISTOPHER MATTHEW and CATHERINE ALICIA SORG<br>2648 SILVER STONE LANE<br>SANTA ROSA, CA 95407 | MICHAEL C. FALLON, ATTY.<br>100 E STREET #219<br>SANTA ROSA, CA 95404-0000 |

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA   94104

Dated:  August 25, 2009                      WENDY KARNES
                                                WENDY KARNES
                                                  Case Analyst for David Burchard, Trustee